## IKE TATOM V. THE STATE.

No. 9637.    Delivered Dec. 9, 1925.

**Transporting Intoxicating Liquor—Evidence Held, Sufficient.**

There are no bills of exception in this record. An inspection of the statement of facts discloses that the evidence supports the conviction, and the judgment is affirmed.

Appeal from the District Court of Houston County.   Tried below before the Hon. Ben F. Dent, Judge.

Appeal, from a conviction for transporting intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

The offense is transporting intoxicating liquors and the punishment is one year in the penitentiary.

The record is before us without any bills of exceptions. We have made a careful examination of the statement of facts, and if the State's testimony is believed it is ample to show that the appellant is guilty of transporting intoxicating liquor. The issues were presented to the jury in a charge to which no exception was taken and the jury has deemed it proper to give full credit to the State's testimony and we are not authorized under the facts of this case to disturb their verdict.

Finding no error in the record, the judgment is in all things affirmed.                              *Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.